**Order entered March 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01538-CR

**DOMINGO SANCHEZ-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80148-2012**

## ORDER

We **REINSTATE** this appeal.

On December 5, 2013 we abated this appeal and ordered the trial court to make findings regarding the voluntariness of appellant's statement admitted as State's Exhibit No. 1. On January 6, 2014, we received and filed a Second Supplemental Clerk's Record containing the requested findings. We will dispose of the appeal in due course.

/s/     DAVID EVANS
         PRESIDING JUSTICE